**BUONADONNA & BENSON, P.C.**
A Professional Corporation
Michael E. Benson, Esquire ID#015591975
1138 East Chestnut Avenue, Suite 2A
Vineland, NJ 08360
(856) 691-8441
(856) 691-0312 (fax)
Attorneys for Defendant Borough of Buena,
Misidentified as Borough of Buena Police Department

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUSTIN SEIDEL, | ) |
| Plaintiff, | ) Case No. 1:17-CV-01488 RBK - KMW |
| vs. | ) |
| BOROUGH OF BUENA POLICE DEPARTMENT, | ) **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | ) |

This matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed as to defendant, Borough of Buena Police Department, with prejudice and without costs against any party.

Dated: July 12, 2017

FRANK ROOKS, JR., ESQUIRE
Attorney for Plaintiff Justin Seidel

MICHAEL E. BENSON, ESQUIRE
Attorney for Defendant Borough of Buena